**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

---

Sarina Kaplan
*Assistant United States Attorney*

*401 Market Street, 4th Fl.*
*Camden, NJ 08101*
*sarina.kaplan@usdoj.gov*

main: *(856) 757-5026*
direct: *(856) 757-5031*

March 23, 2026

**By ECF**
Hon. Karen M. Williams, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

      Re:    ***Torres Diaz v Rubio, et. al.*, No. 26-cv-00016 (KMW)**
               **Request, with Plaintiff Consent, for Extension of Time to Respond**

Dear Judge Williams:

This Office represents the federal defendants in this mandamus action brought by Mauricio Torres Diaz ("Plaintiff"), a noncitizen seeking adjudication of his I-485 application. ECF No. 1 ("Compl."). We write to respectfully request an extension of the federal defendants' deadline to answer, move, or otherwise respond to April 27, 2026. Our answer deadline is currently March 27, 2026. Plaintiff consents to this request.

We respectfully suggest that good cause exists for an extension of time to April 27, 2026. The requested extension will allow federal defendants sufficient time to complete their review of the allegations, obtain up-to-date information from the involved agency regarding Plaintiff's application, and determine the appropriate response. This Office is currently managing a significant volume of time-sensitive matters, and the requested extension in this case will ensure that the federal defendants' response is thorough and useful to the Court.

If our extension request is acceptable to the Court, we respectfully request that Your Honor "so order" this letter and have the Clerk's Office file it on the docket.

Thank you very much for your consideration of our request.

So Ordered this _____ day

of _____, 20____

_____
**KAREN M. WILLIAMS**
**United States District Judge**